UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. GRADFORD, Jr.,

Plaintiff,

v.

UNKNOWN,

Defendant.

Case No. 2:26-cv-3280-DC-JDP (PS)

ORDER

Plaintiff, proceeding pro se, brings this section 1983 action without filing an application to proceed *in forma pauperis* or paying the filing fee. This action cannot proceed until the filing fee is settled. Accordingly, within thirty days, plaintiff shall submit either the filing fee or a completed application to proceed *in forma pauperis*. If he fails to do so, I will recommend this action be dismissed for failure to prosecute.

Additionally, I will deny plaintiff's motion to add defendants. ECF No. 3. He is not permitted to amend his complaint in a piecemeal fashion. If he wishes to add parties to his complaint, he may file an amended complaint that is complete in itself.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either a properly completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405. Plaintiff's failure to comply with this order will result

in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff the appropriate *in forma pauperis* form for a pro se litigant in a section 1983 action. The Clerk shall also send plaintiff a complaint form for a pro se litigant in a civil case.

3. Plaintiff's motion to add defendants, ECF No. 3, is DENIED. Plaintiff may file an amended complaint if he wishes to add defendants to this action.

IT IS SO ORDERED.

Dated: November 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE